United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 13-13101-VZ
Annette Paula Williams Reed                                         Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: jleC          Page 1 of 2          Date Rcvd: Mar 05, 2013
                             Form ID: van156      Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2013.
db          +Annette Paula Williams Reed,    8706 Plevka Avenue,    Los Angeles, CA 90002-1247
smg          Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
cr          +Federal National Mortgage Association,    Malcolm Cisneros,    2112 Business Center Drive,
             Second Floor,    Irvine, CA 92612-7135
33366836    +Federal National Mortgage Assoc.,    3900 Wisconsin Avenue,    Washington, DC 20016-2806
33366839    +Reuben D. Kim, Esq.,    Malcolm Cisneros,    2112 Business Center Drive,    Second Floor,
             Irvine, CA 92612-7135
33366840    +Sheriff's Department,    6548 Miles Avenue,    Room 108,    Huntington Park, CA 90255-4318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          EDI: EDD.COM Mar 06 2013 06:38:00    Employment Development Dept.,    Bankruptcy Group MIC 92E,
             P.O. Box 826880,    Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Mar 06 2013 06:38:00    Franchise Tax Board,    Bankruptcy Section MS: A-340,
             P.O. Box 2952,    Sacramento, CA  95812-2952
33366835    +EDI: AARGON.COM Mar 06 2013 06:38:00    Aargon Collection Agency,    3025 West Sahara,
             Las Vegas, NV 89102-6094
33366837    +EDI: CALTAX.COM Mar 06 2013 06:38:00    Franchise Tax Board,    Special Procedures,
             P.O. Box 2952,    Sacramento, CA 95812-2952
33366838     EDI: IRS.COM Mar 06 2013 06:38:00    Internal Revenue Service,    P.O. Box 21126,
             Philadelphia, PA 19114
                                                                                        TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 07, 2013**                    **Signature:**

```
District/off: 0973-2          User: jleC              Page 2 of 2          Date Rcvd: Mar 05, 2013
                              Form ID: van156         Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2013 at the address(es) listed below:
          Christina J O   on behalf of Creditor  Federal National Mortgage Association christinao@mclaw.org
          Joseph L Pittera   on behalf of Debtor Annette Williams Reed evlam2000@aol.com
          Nancy K Curry (TR)   ecfnc@trustee13.com
          United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
                                                      TOTAL: 4

FORM CACB (od13vdrr VAN–156)
Rev.(03/09)

# United States Bankruptcy Court
# Central District Of California

### 255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL
## OF CHAPTER 13 WITH RESTRICTIONS [11 U.S.C. §§ 109(g)(2) and 1307(b)]

**DEBTOR INFORMATION:**
Annette Paula Williams Reed

**BANKRUPTCY NO.**  2:13–bk–13101–VZ

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–6970
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 3/5/13

**Address:**
8706 Plevka Avenue
Los Angeles, CA 90002

Based on debtor's request and because this is a dismissal on request of the debtor after a motion for relief from the automatic stay has been filed, IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed;

(2)   the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362; and

(3)   debtor is prohibited from filing any new bankruptcy petition within 180 days from the entry of this order.

BY THE COURT,

Dated: March 5, 2013

**Vincent P. Zurzolo**
United States Bankruptcy Judge

(Form od13vdrr VAN–156) (03/09)

**32 / JLL**